DL LAW GROUP
DAVID M. LILIENSTEIN  Bar No. 218923
david@dllawgroup.com
345 Franklin Street
San Francisco, CA  94102
Telephone:     (415) 678-5050
Facsimile:     (415) 358-8484

Attorneys for Plaintiff
JOHN CURTIS


SEDGWICK LLP
MARK J. HANCOCK  Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94101-2834
Telephone:     (415) 781-7900
Facsimile:     (415) 781-2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY,
CURTISS WRIGHT SHORT-TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CURTIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; CURTISS WRIGHT SHORT-TERM DISABILITY PLAN; and DOES 1 through 10,<br><br>                    Defendants. | Case No. 3:13-cv-05593 VC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

19832410v1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1  IT IS HEREBY STIPULATED by and between plaintiff John Curtis and defendants
2  Metropolitan Life Insurance Company and Curtiss Wright Short-Term Disability Plan, through
3  their respective counsel herein, that the above-captioned action be and hereby is dismissed with
4  prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party
5  shall bear his or its own costs and attorneys' fees.

6  **IT IS SO STIPULATED.**

7  DATED: January 27, 2015        DL LAW GROUP

9  By: /s/ *David M. Lilienstein* (as authorized on 1/26/2015)
10  David M. Lilienstein
    Attorneys for Plaintiff
    JOHN CURTISS

12  DATED: January 27, 2015        SEDGWICK LLP

14  By: /s/ *Erin A. Cornell*
15  Mark J. Hancock
    Erin A. Cornell
    Attorneys for Defendants
16  METROPOLITAN LIFE INSURANCE COMPANY;
    CURTISS WRIGHT SHORT-TERM DISABILITY
17  PLAN

19  **ORDER**

20  **IT IS SO ORDERED.**

21  DATED: January 28, 2015

    HONORABLE VINCE CHHABRIA
    UNITED STATES DISTRICT JUDGE